UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Shelby Langlands, et al,

      Plaintiff(s),

vs                                         Case No: 15-13551
                                             Honorable Victoria A. Roberts

JK&T Wings,

      Defendant(s),

_____/

## ORDER OF DISMISSAL

The parties advised the Court that they amicably resolved their

differences.  Accordingly,

This matter is dismissed.  The Court retains jurisdiction for the limited

purpose of enforcing the terms of the settlement agreement.

**IT IS ORDERED.**

                                    S/Victoria A. Roberts
                                    Victoria A. Roberts
                                    United States District Judge

Dated: October 17, 2016

-------------------------------------------------------------------------------
## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon all counsel of record on the above date by electronic filing or first class mail.

                                    S/Carol A. Pinegar
                                    Deputy Clerk