UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHELBY LANGLANDS et al.

           Plaintiffs,

                                                    Case No. 15-13551
v.                                                   Hon. Victoria A. Roberts

JK & T WINGS, Inc. et al.,

           Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' AMENDED MOTION FOR ATTORNEY'S FEES

On May 11, 2017, the Court held a motion hearing on Plaintiffs' amended motion for attorney's fees. Attending were Bryan Yaldou representing the Plaintiffs and Allan Rubin representing the Defendants.

For the reasons stated on the record, the Court **GRANTS** Plaintiffs' motion. However, the Court reduces the attorney hours to 202 and the requested hourly rate to $250.00/hr. Defendants must pay Plaintiffs $50,500.00 (202 hours * $250/hr) in attorney fees and $750.00 in costs. The total is $51,250.00.

    **IT IS ORDERED.**

                                                    s/Victoria A. Roberts
                                                    Victoria A. Roberts
                                                    United States District Judge

Dated:  May 17, 2017

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 17, 2017.

s/Linda Vertriest
Deputy Clerk