UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SHELBY LANGLANDS AND MELISSA MONTIE,**
on behalf of themselves and all other persons similarly
situated, known and unknown,

      Plaintiffs,

                                                                                Case No: 15-cv-13551

vs.                                                                        Hon. Victoria A. Roberts

**JK & T WINGS, INC.,**
a Michigan for-profit corporation,

      Defendant.

_____/

| Bryan Yaldou (P70600) | Allan S. Rubin (P44420) |
|---|---|
| Omar Badr (P70966) | Paul Caliguiri (P79664) |
| THE LAW OFFICES OF | Jackson Lewis P.C. |
| BRYAN YALDOU, PLLC | 2000 Town Center Suite 1650 |
| 23000 Telegraph, Suite 5 | Southfield, MI 48075 |
| Brownstown, MI 48134 | Phone: 248-936-1900 |
| Phone: (734) 692-9200 | Fax: 248-936-1901 |
| Fax: (734) 692-9201 | Email: Rubina@jacksonlewis.com |
| bryan@yaldoulaw.com | Email:.Caligiuri@jacksonlewis.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

_____/

PLAINTIFFS' RECEIPT OF DEFENDANT'S SATISFACTION OF ORDER GRANTING
PLAINTIFFS' AMENDED MOTION FOR ATTORNEY'S FEES

      NOW COME Plaintiffs Shelby Langlands and Melissa Montie, by and through their attorneys, The Law Offices of Bryan Yaldou, PLLC, and state the following:

1. On May 17, 2017, this Court ordered Defendant JK & T Wings, Inc. to pay the attorney's fees in the above captioned matter at the amount of $51,250.00. (Doc. # 46).

2. On May 22, 2017, The Law Offices of Bryan Yaldou, PLLC, received a check in the amount of $51,250.00 as satisfaction of this Court's order granting Plaintiffs' Amended Motion for Attorney's Fees.

WHEREFORE, Plaintiffs ask that this Court recognize that Plaintiffs have received the full satisfaction of this Court's order granting Plaintiffs' Amended Motion for Attorney's Fees from Defendant JK & T Wings, Inc.

Respectfully submitted,

/s/ Bryan Yaldou
Bryan Yaldou (P70600)
Omar Badr (P70966)
LAW OFFICES OF
BRYAN YALDOU, PLLC
23000 Telegraph, Suite 5
Brownstown, MI 48134
Phone: (734) 692-9200
Fax: (734) 692-9201
bryan@yaldoulaw.com
*Attorneys for Plaintiffs*

Date: May 31, 2017